AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SHAPERO, WALTER | U.S. BANKRUPTCY COURT | 07/29/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

THEODORE LEVIN COURTHOUSE
231 W. LAFAYETTE, ROOM 1029
DETROIT MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | DIRECTOR/TREASURER | SAMUEL & HAROLD SHAPERO FOUNDATION |
| 3. | | |
| 4. | | |
| 5. | CO-TRUSTEE | TESTAMENTARY TRUST ) (ASSETS PART VII, LINES 30-31) |
| 6. | CO-TRUSTEE | TRUST DATED 12/30/50 (ASSETS PART VII, LINES 34-35) |
| 7. | CO-TRUSTEE | TRUST DATED 4/30/51 (ASSETS PART VII, LINES 38-39) |
| 8. | PARTNER | BROMOCO (INVESTMENT PARTNERSHIP NOMINALLY HOLDING CERTAIN LTD. PTRSHP INTERESTS) |
| 9. | TRUSTEE | TRUST (11/6/92) F/B/O |
| 10. | TRUSTEE | (ASSETS PART VII, LINES 40-44) |
| 11. | | |
| 12. | TRUSTEE | (ASSETS PART VII, LINES 49-52) |
| 13. | | |
| 14. | TRUSTEE | (ASSETS PART VII, LINES 57-60) |
| 15. | TRUSTEE | (ASSETS PART VII, LINES 61-63) |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

---

16. TRUSTEE — (ASSETS PART VII, LINES 64-66)

17. TRUSTEE/BENEFICIARY — LIVING TRUST DATED 8/26/92; TRUSTEE(ASSETS PART VII, LINES 14-29)

18.

19.

20. CO-TRUSTEE — TRUST( CRT DATED 6/6/97) (ASSETS PART VII, LINES 67-104 & 110-170 & 237-242 & 257-305 & 326-348)

21.

22.

23. TRUSTEE/BENEFICIARY — LIVING TRUST DATED 7/13/95; TRUSTEE (ASSETS PART VII, LINES 349-368)

---

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/82 | BUTZEL LONG PENSION PLAN (PLAN TRUSTEES ARE MEMERS OF THE BUTZEL LONG LAW FIRM) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2012 | STATE OF MICHIGAN - EDUCATOR |
| 2. | 12/31/2012 | TEACHERS INSURANCE & ANNUITY ASSOC - PENSION |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIZENS REPUBLIC BANCORP INC. | | None | K | T | | | | | |
| 2. | | None | | | | | | | |
| 3. BERKSHIRE HATHAWAY B (COM) TAX FREE TRUST | | None | K | T | | | | | |
| 4. ABERDEEN ISRAEL FUND (FRMLY THE FIRST ISRAEL FUND INC.) | A | Dividend | J | T | | | | | |
| 5. | | None | | | | | | | |
| 6. MARQUETTE CNTY MI GENL OBLIG. BOND | A | Interest | | | Redeemed | 06/01/12 | K | | |
| 7. MORGAN STANLEY BANK ACCOUNT | A | Interest | M | T | | | | | |
| 8. | | None | | | | | | | |
| 9. INVESCO VK EQUITY & INCOME (FRMLY VAN KAMPEN E & I FUND) | A | Dividend | K | T | | | | | |
| 10. STATE OF ISRAEL BOND | | None | J | T | | | | | |
| 11. JP MORGAN CHASE BANK FORMERLY BANK ONE (SAV. & CHECK) | A | Interest | L | T | | | | | |
| 12. WESTERN RESERVE PTRSHP. MHP N. MADISON OHIO | C | Rent | K | U | | | | | |
| 13. BUTZEL LONG PENSION | C | Distribution | K | T | | | | | |
| 14. _____ LIVING TRUST (8/26/92)(POSITION 17) | | | | | | | | | |
| 15. LOOMIS SAYLES SMALL CAP VALUE FUND I | B | Dividend | M | T | | | | | |
| 16. | | None | | | | | | | |
| 17. LOOMIS SAYLES VALUE FUND | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP MORGAN SHORT DURATION BOND FUND | A | Dividend | L | T | | | | | |
| 19. JP MORGAN TAX FREE MONEY MARKET | A | Dividend | M | T | Buy (add'l) | 12/21/12 | K | | |
| 20. FRANKLIN CUSTODIAN FUND (FORMERLY FRANKLIN EQUITY FUND) | A | Dividend | M | T | | | | | |
| 21. FRANKLIN STRATEGIC SERIES(FRMLY FRANKLIN SML- CAP GROWTH FD) | A | Dividend | L | T | Buy (add'l) | 12/18/12 | J | | |
| 22. FRANKLIN INSURED TAX-FREE INCOME FUND | E | Dividend | O | T | | | | | |
| 23. FRANKLIN MI INSURED TAX FREE | E | Dividend | O | T | | | | | |
| 24. MUTUAL SERIES SHARES FUND | B | Dividend | M | T | | | | | |
| 25. MUTUAL SER FRANKLIN MUT BEACON FD (FORM MUT SER BEACON FD) | C | Dividend | M | T | | | | | |
| 26. PUTNAM INVESTORS FUND | A | Dividend | K | T | | | | | |
| 27. JP MORGAN INTER. TAX FREE BOND FUND | B | Dividend | L | T | Buy | 01/02/12 | | | |
| 28. PUTNAM VOYAGER FUND | A | Dividend | J | T | | | | | |
| 29. TEMPLETON GROWTH FUND | B | Dividend | L | T | | | | | |
| 30. ASSETS OF POSITION 5 CO-TRUSTEE | | | | | | | | | |
| 31. JP MORGAN CHASE BANK CK.ACCT (FORMERLY BANK ONE ACCOUNT) | A | Interest | K | T | | | | | |
| 32. | | None | | | | | | | |
| 33. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. ASSETS FROM POSITION 6 CO-TRUSTEE | | | | | | | | | |
| 35. JP MORGAN CHASE BANK (FORMERLY BANK ONE BANK) | | None | J | T | | | | | |
| 36. | | None | | | | | | | |
| 37. | | None | | | | | | | |
| 38. ASSETS FROM POSITION 7 C0-TRUSTEE | | | | | | | | | |
| 39. JP MORGAN CHASE BANK CK ACCT. (FORMERLY BANK ONE ACCOUNT) | | None | J | T | | | | | |
| 40. ASSETS FROM POSITION 9 TRUSTEE | | | | | | | | | |
| 41. JP MORGAN US GOVT PREM. SWP | A | Dividend | J | T | | | | | |
| 42. FRANKLIN CUSTODIAN FUNDS INC. | C | Dividend | M | T | Sold (part) | 09/13/12 | J | A | |
| 43. JP MORGAN CHASE BANK CK.ACCT. (FORMERLY BANK ON ACCT) | A | Interest | J | T | | | | | |
| 44. FRANKLIN ADJUSTABLE US GOV'T. SEC. FUND | B | Dividend | M | T | | | | | |
| 45. | | None | | | | | | | |
| 46. | | None | | | | | | | |
| 47. | | None | | | | | | | |
| 48. | | None | | | | | | | |
| 49. ASSETS FROM POSITION 9 TRUSTEE | | | | | | | | | |
| 50. JP MORGAN CHASE BANK CK ACCT (FORMERLY BANK ONE ACCOUNT) | | None | | | Distributed | 05/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. FRANKLIN INSURED TAX FREE INCOME FUND | C | Interest | L | T | | | | | |
| 52. FRANKLIN MI INSURED TAX FREE FUND | C | Interest | L | T | | | | | |
| 53. | | None | | | | | | | |
| 54. | | None | | | | | | | |
| 55. | | None | | | | | | | |
| 56. | | None | | | | | | | |
| 57. ASSETS FROM POSITION 9 TRUSTEE | | | | | | | | | |
| 58. JP MORGAN CHASE BANK CK ACCT (FORMERLY BANK ONE ACCOUNT) | | None | | | Distributed | 05/23/12 | J | | |
| 59. FRANKLIN INSURED TAX FREE INCOME FUND | C | Interest | L | T | | | | | |
| 60. FRANKLIN MI INSURED TAX FREE FUND | C | Interest | L | T | | | | | |
| 61. ASSETS FROM POSITION 9 TRUSTEE | | | | | | | | | |
| 62. FRANKLIN INSURED TAX FREE INCOME FUND | C | Interest | L | T | Sold (part) | 05/04/12 | J | A | |
| 63. FRANKLIN MI INSURED TAX FREE FUND | C | Interest | L | T | Sold (part) | 05/04/12 | J | A | |
| 64. ASSETS FROM POSITION 9 TRUSTEE | | | | | | | | | |
| 65. FRANKLIN INSURED TAX FREE INCOME FUND | C | Interest | L | T | Sold (part) | 05/04/12 | J | A | |
| 66. FRANKLIN MI INSURED TAX FREE FUND | C | Interest | L | T | Sold (part) | 05/04/12 | J | A | |
| 67. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | None | | | | | | | |
| 69. STRYKER CORP (COM) | A | Dividend | K | T | | | | | |
| 70. TENET HEALTHCARE CORP (COM) | | None | K | T | Buy (add'l) | 07/24/12 | J | | |
| 71. | | None | | | | | | | |
| 72. TJX COS INC NEW (COM) | A | Dividend | | | Sold | 08/29/12 | K | D | |
| 73. WELLS FARGO & CO NEW (PFD) | B | Dividend | K | T | | | | | |
| 74. HEALTH CARE PROP. NOTES DUE 12/15/13 | B | Interest | K | T | | | | | |
| 75. CMS ENERGY CORP. NOTES DUE 02/23/19 | A | Interest | K | T | | | | | |
| 76. ALCOA, INC. NOTES DUE 08/15/20 | A | Interest | K | T | | | | | |
| 77. CONSTELLATION ENERGY GRP. NOTES DUE 12/1/20 | B | Interest | K | T | | | | | |
| 78. ARCELORMITTAL BONDS DUE 03/1/21 | B | Interest | K | T | | | | | |
| 79. ENERGY TRANSFER PTNRS BOND DUE 06/01/21 | B | Interest | K | T | | | | | |
| 80. HEWLETT PACKARD CO BOND DUE 09/15/21 | A | Interest | K | T | Buy (add'l) | 11/29/12 | J | | |
| 81. AEGON NV (PFD) | B | Dividend | K | T | | | | | |
| 82. KIMCO REALTY CORP (PFD) | B | Dividend | K | T | | | | | |
| 83. MERRILL LYNCH CAP TRUST III (PFD) | B | Dividend | K | T | | | | | |
| 84. AVNET INC (COM) | | None | K | T | Buy (add'l) | 09/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. GANNETT CO (COM) | B | Dividend | K | T | Buy (add'l) | 02/24/12 | K | | |
| 86. HAWAIIAN ELEC INDS INC. (COM) | A | Dividend | J | T | | | | | |
| 87. HESS CORP (COM) | A | Dividend | K | T | Buy (add'l) | 05/02/12 | J | | |
| 88. HUGOTON ROYALTY TRUST UBI | | None | | | Sold | 01/10/12 | K | | |
| 89. INTER PARFUMS INC (COM) | A | Dividend | | | Sold | 03/14/12 | J | | |
| 90. LAZARD LTD (COM) | A | Dividend | | | Sold | 06/08/12 | K | | |
| 91. MARATHON PETROLEIUM CORP (COM) | A | Dividend | K | T | | | | | |
| 92. MDU RESOURCES GRP INC. (COM) | A | Dividend | K | T | | | | | |
| 93. SOUTHWEST AIRLINES CO. (COM) | A | Dividend | K | T | | | | | |
| 94. TRW AUTOMOTIVE HLDGS CORP. (COM) | | None | K | T | Buy (add'l) | 05/02/12 | J | | |
| 95. PETROBRAS INT'L NOTES DUE 1/27/16 | A | Interest | K | T | Buy | 12/20/12 | K | | |
| 96. AMERICAN INT'L GROUP NOTES DUE 9/15/16 | A | Interest | K | T | Buy | 06/18/12 | K | | |
| 97. FIRST ENERGY SOLUTIONS CO. NOTES DUE 8/15/21 | A | Interest | K | T | Buy | 09/13/12 | K | | |
| 98. GOLDMAN SACHS CAPITAL II NOTES DUE 6/1/43 | A | Interest | K | T | Buy | 03/26/12 | K | | |
| 99. WACHOVIA CAP TRUST III NOTES PERPETUAL | A | Interest | K | T | Buy | 07/17/12 | K | | |
| 100. SOUTHERN CAL ED (PFD) | A | Dividend | K | T | Buy | 03/28/12 | K | | |
| 101. US BANK CORP (PFD) | A | Dividend | K | T | Buy | 05/22/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  ADT CORP (COM) | A | Dividend | K | T | Buy | 10/04/12 | J | | |
| 103.  CABOT MICROELECTRS CORP (COM) | | None | K | T | Buy | 11/16/12 | J | | |
| 104.  EATON CORP (COM) | A | Dividend | K | T | Buy | 12/04/12 | K | | |
| 105. | | None | | | | | | | |
| 106. | | None | | | | | | | |
| 107. | | None | | | | | | | |
| 108. | | None | | | | | | | |
| 109. | | None | | | | | | | |
| 110.  ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 111.  BANK ONE CHECKING | A | Interest | J | T | | | | | |
| 112.  ALCOA, INC BONDS DUE 2/23/19 | B | Interest | K | T | | | | | |
| 113.  CHEVRON CORP. (COM) | A | Dividend | K | T | | | | | |
| 114.  AMERICAN EAGLE OUTFITTERS (COM) | A | Dividend | | | Sold | 05/02/12 | K | D | |
| 115.  EMERSON ELECTRIC CO. (COM) | A | Dividend | K | T | | | | | |
| 116.  HEWLETT PACKARD CO. (COM) | A | Dividend | | | Sold | 11/16/12 | J | | |
| 117. | | None | | | | | | | |
| 118.  BECKTON DICKINSON CO (COM) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. MCKESSON CORP. (COM) | A | Dividend | K | T | | | | | |
| 120. | | None | | | | | | | |
| 121. | | None | | | | | | | |
| 122. | | None | | | | | | | |
| 123. BRISTOL-MYERS SQUIBB CO. (COM) | A | Dividend | K | T | | | | | |
| 124. | | None | | | | | | | |
| 125. COVIDIEN LTD (COM) | A | Dividend | K | T | | | | | |
| 126. | | None | | | | | | | |
| 127. | | None | | | | | | | |
| 128. | | None | | | | | | | |
| 129. ALTRIA GROUP INC BONDS DUE 8/6/19 | B | Interest | | | Sold | 12/20/12 | K | D | |
| 130. DIAGEO PLC SPSD ADS (COM) | A | Dividend | | | Sold | 12/10/12 | K | E | |
| 131. | | None | | | | | | | |
| 132. | | None | | | | | | | |
| 133. | | None | | | | | | | |
| 134. GENERAL ELECTRIC CAP CORP NOTES | B | Interest | K | T | | | | | |
| 135. | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | None | | | | | | | |
| 137. HCP INC. (FORMERLY HEALTH CARE PPTY INVS (COM) (REIT)) | B | Dividend | K | T | | | | | |
| 138. LINCOLN NATIONAL CORP NOTES DUE 7/1/19 | B | Interest | K | T | | | | | |
| 139. RAYTHEON COMPANY (COM) | B | Dividend | K | T | | | | | |
| 140. SCHLUMBERGER LTD (COM) | A | Dividend | K | T | Buy | 06/04/12 | K | | |
| 141. | | None | | | | | | | |
| 142. | | None | | | | | | | |
| 143. MARATHON OIL CORP | A | Dividend | K | T | | | | | |
| 144. HEALTH CARE REIT INC (COM) | B | Dividend | K | T | | | | | |
| 145. | | None | | | | | | | |
| 146. | | None | | | | | | | |
| 147. MEADWEST VACO CORP (COM) | A | Dividend | K | T | | | | | |
| 148. V F CORPORATION (COM) | A | Dividend | K | T | | | | | |
| 149. | | None | | | | | | | |
| 150. DISNEY (WALT) CO (COM) | A | Dividend | K | T | Sold (part) | 06/06/12 | J | C | |
| 151. EXXON MOBIL CORP (COM) | A | Dividend | K | T | | | | | |
| 152. GLATFELTER (COM) | A | Dividend | K | T | Buy (add'l) | 05/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. SIMON PROP GROUP REIT | A | Dividend | K | T | | | | | |
| 154. HASBRO INC (COM) | B | Dividend | K | T | Buy (add'l) | 03/08/12 | J | | |
| 155. | | None | | | | | | | |
| 156. | | None | | | | | | | |
| 157. | | None | | | | | | | |
| 158. VODAFONE GROUP PLC (COM) | B | Dividend | K | T | | | | | |
| 159. WASHINGTON REAL ESTATE INVEST. TRUST (COM) | B | Dividend | K | T | | | | | |
| 160. | | None | | | | | | | |
| 161. WASTE MANAGEMENT INC NEW (COM) | B | Dividend | K | T | | | | | |
| 162. XEROX CORP (COM) | A | Dividend | K | T | Buy | 01/12/12 | K | | |
| 163. | | None | | | | | | | |
| 164. | | None | | | | | | | |
| 165. ENTERGY MISS INC. 1ST MTG BOND DUE 2/1/13 | B | Interest | K | T | | | | | |
| 166. INGERSOLL-RAND GL HLD CO BOND DUE 4/15/14 | C | Interest | K | T | | | | | |
| 167. GOLDMAN SACH GROUP INC. SR. NOTE DUE 1/15/14 | B | Interest | K | T | | | | | |
| 168. INTERNATIONAL PAPER CO. NOTE DUE 1/15/14 | B | Interest | K | T | | | | | |
| 169. MEDTRONIC INC NOTE DUE 04/15/13 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. VERIZON GLOBAL FDG. CORP. NOTE DUE 6/1/13 | B | Interest | K | T | | | | | |
| 171. IRA ROLLOVER JP MORGAN CHASE BANK | | | | | | | | | |
| 172. JP MORGAN CASH - US DOLLAR | | None | J | T | | | | | |
| 173. GATEWAY FUND - Y | A | Dividend | J | T | Buy (add'l) | 10/19/12 | J | | |
| 174. | | None | | | | | | | |
| 175. VANGUARD MSC1 EUROPE ETF | A | Dividend | J | T | Buy | 09/17/12 | J | | |
| 176. JP MORGAN US EQUITY FUND | A | Dividend | J | T | | | | | |
| 177. MANNING & NAPIER FUND INC | A | Dividend | K | T | Sold (part) | 10/19/12 | J | A | |
| 178. HARTFORD CAPITAL APPRECIATION FD | A | Dividend | J | T | Sold (part) | 03/13/12 | J | A | |
| 179. SPDR S & P 500 EFT TRUST | A | Dividend | K | T | Buy | 05/24/12 | K | | |
| 180. ABERDEEN ASIA PACIFIC EQUITY FD | A | Dividend | J | T | Buy | 06/22/12 | J | | |
| 181. MATTHEWS PACIFIC TIGER FD | A | Dividend | J | T | Sold (part) | 10/19/12 | J | A | |
| 182. | | None | | | | | | | |
| 183. EATON VANCE FLOATING RATE (FRMLY EATON VANCE MUTUAL FDS TR | A | Dividend | | | Sold | 07/06/12 | K | | |
| 184. PIMCO FDS UNCON STR BD | | None | J | T | Buy | 11/19/12 | J | | |
| 185. | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. JP MORGAN MARKET EXPANSION INDEX FD | A | Dividend | J | T | | | | | |
| 187. | | None | | | | | | | |
| 188. | | None | | | | | | | |
| 189. JP MORGAN REALTY INCOME FD | A | Dividend | J | T | | | | | |
| 190. | | None | | | | | | | |
| 191. VANGUARD EMERGING MARKET ETF FD | A | Dividend | J | T | | | | | |
| 192. | | None | | | | | | | |
| 193. ARBITRAGE FUNDS - I | | None | J | T | | | | | |
| 194. EATON VANCE MUT FDS TR | | None | J | T | | | | | |
| 195. JPM LARGE CAP GROWTH FUND | A | Dividend | J | T | Sold (part) | 10/19/12 | J | A | |
| 196. JPM EM MKS EQUITY FUND | A | Dividend | J | T | | | | | |
| 197. PRUDENTIAL JENNISON NATURAL RES. FUND | | None | | | Sold | 10/19/12 | J | | |
| 198. BLACKROCK HIGH YIELD BOND FUND | A | Dividend | J | T | Sold (part) | 10/19/12 | J | A | |
| 199. RIDGEWORTH FUND | B | Dividend | K | T | | | | | |
| 200. AIM INVT FDS - BAL RISK ALL | | None | J | T | Buy | 06/28/12 | J | | |
| 201. EATON VANCE FLOATING RATE ADVANTAGE I | | None | J | T | Buy | 05/10/12 | J | | |
| 202. PIMCO COMMODITIES PLUS STRATEGY P | | None | J | T | Buy | 10/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 203. SPDR GOLD TRUST | | None | J | T | Buy | 10/19/12 | J | | |
| 204. JPM INTL CURRENCY INCOME FD | A | Dividend | J | T | Buy | 10/19/12 | J | | |
| 205. DREYFUS LAUREL EMG MKT DEBT LOL | A | Dividend | J | T | Buy | 10/19/12 | J | | |
| 206. | | None | | | | | | | |
| 207. | | None | | | | | | | |
| 208. | | None | | | | | | | |
| 209. | | None | | | | | | | |
| 210. | | None | | | | | | | |
| 211. | | None | | | | | | | |
| 212. | | None | | | | | | | |
| 213. | | None | | | | | | | |
| 214. | | None | | | | | | | |
| 215. | | None | | | | | | | |
| 216. | | None | | | | | | | |
| 217. | | None | | | | | | | |
| 218. | | None | | | | | | | |
| 219. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. | | None | | | | | | | |
| 221. | | None | | | | | | | |
| 222. COMERICA BANK (CHECKING) | | None | K | T | | | | | |
| 223. ING USA ANNUITY & LIFE INS. CO. | C | Distribution | L | T | | | | | |
| 224. NATIONWIDE LIFE INS. CO/BEST OF AMERICA ANNUITY | D | Distribution | K | T | | | | | |
| 225. JOHN HANCOCK LIFE INS. CO - ANNUITY | | None | N | T | | | | | |
| 226. | | None | | | | | | | |
| 227. PRUDENTIAL ANNUITIES LIFE ASSURANCE CORP | D | Distribution | K | T | | | | | |
| 228. IRA ACCT WELLS FARGO ADV (FRMLY WACHOVIA SECURITIES:) | B | Distribution | J | T | | | | | |
| 229. WELLS FARGO ADV (FRMLY WACHOVIA BANK) BANK DEPOSIT SWEEP | | None | J | T | | | | | |
| 230. FIRST TRUST STRAT. HIGH INCOME FUND III | | None | | | Sold | 12/18/12 | J | | |
| 231. NEW PERSPECTIVE FD INC. | | None | K | T | | | | | |
| 232. AIM INVESCO VK COMSTOCK (FRMLY VAN KAMPEN COMSTOCK FUND) | A | Dividend | | | Sold | 05/07/12 | J | A | |
| 233. | | None | | | | | | | |
| 234. | | None | | | | | | | |
| 235. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. | | None | | | | | | | |
| 237. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 238. ABBOTT LABORATORIES (COM) | A | Dividend | | | Sold | 07/24/12 | K | D | |
| 239. AGILENT TECHNOLOGIES INC (COM) | A | Dividend | K | T | Buy (add'l) | 08/31/12 | J | | |
| 240. | | None | | | | | | | |
| 241. | | None | | | | | | | |
| 242. AIR PRODUCTS & CHEM (COM) | A | Dividend | K | T | Buy (add'l) | 06/01/12 | J | | |
| 243. | | None | | | | | | | |
| 244. IRA ROLLOVER JP MORGAN CHASE | | | | | | | | | |
| 245. I SHARES TR BARCLAYS TIPS BD FD (FRMLY I SHARES TR US TREAS) | A | Dividend | K | T | Sold (part) | 05/10/12 | J | A | |
| 246. JP MORGAN HIGH YIELD BOND FUND | B | Dividend | K | T | Sold (part) | 05/10/12 | J | | |
| 247. JP MORGAN SHORT DURATION BOND FD | A | Dividend | L | T | Sold (part) | 10/19/12 | K | A | |
| 248. DOUBLE LINE FDS TR | A | Dividend | J | T | Buy | 10/19/12 | J | | |
| 249. | | None | | | | | | | |
| 250. | | None | | | | | | | |
| 251. JP MORGAN ASIA EQUITY FUND | A | Dividend | | | Sold | 06/22/12 | K | | |
| 252. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | | None | | | | | | | |
| 254. JP MORGAN INTREPID AMERICA FUND | A | Dividend | J | T | Sold (part) | 10/19/12 | J | A | |
| 255. JPM EQUITY INCOME FUND | A | Dividend | J | T | Sold (part) | 10/19/12 | J | A | |
| 256. JPM INTREPID VALUE FUND | A | Dividend | J | T | Sold (part) | 10/19/12 | J | A | |
| 257. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 258. MERRILL LYNCH CMA MONEY FUND | A | Dividend | M | T | Buy (add'l) | 07/01/12 | M | | |
| 259. MICROSOFT CORP (COM) | A | Dividend | K | T | | | | | |
| 260. WINDSTREAM CORP (ALLTELL DIST) (COM) | A | Dividend | J | T | | | | | |
| 261. | | None | | | | | | | |
| 262. | | None | | | | | | | |
| 263. | | None | | | | | | | |
| 264. | | None | | | | | | | |
| 265. PINNACLE WEST CAP CORP (COM) | A | Dividend | | | Sold | 05/22/12 | J | A | |
| 266. | | None | | | | | | | |
| 267. TECO ENERGY INC. (COM) | A | Dividend | J | T | | | | | |
| 268. | | None | | | | | | | |
| 269. HALLIBURTON CO. (COM) | A | Dividend | | | Sold | 06/04/12 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 270. TYCO INT'L LTD NAMEN-AKT (COM) | A | Dividend | K | T | | | | | |
| 271. HEALTHSOUTH CORP (COM) | | None | K | T | Sold | 12/11/12 | K | D | |
| 272. ILLINOIS TOOL WORKS INC (COM) | A | Dividend | | | Sold | 05/15/12 | K | B | |
| 273. MORGAN STANLEY (COM) | A | Dividend | K | T | Buy | 11/06/12 | K | | |
| 274. KBR INC (COM) | | None | | | Sold | 01/31/12 | J | C | |
| 275. NABORS INDUSTRIES LTD (COM) | | None | K | T | Buy | 01/31/12 | K | | |
| 276. | | None | | | | | | | |
| 277. | | None | | | | | | | |
| 278. KELLOGGS CO (COM) | A | Dividend | K | T | | | | | |
| 279. BANK OF AMERICA NA SUB NOTES DUE 8/15/16 | B | Interest | K | T | | | | | |
| 280. MENS WEARHOUSE INC (COM) | A | Dividend | K | T | Buy | 12/06/12 | K | | |
| 281. BOSTON SCIENTIFIC CORP NOTES DUE 1/15/15 | B | Interest | K | T | | | | | |
| 282. COMCAST CORP. NOTES DUE 1/15/15 | B | Interest | K | T | | | | | |
| 283. KROGER CO (COM) | A | Dividend | K | T | | | | | |
| 284. DOW CHEMICAL NOTES DUE 10/1/12 | B | Interest | | | Sold | 10/01/12 | K | | |
| 285. MCDONALDS CORP (COM) | | None | | | Sold | 01/12/12 | K | D | |
| 286. MEDTRONIC INC (COM) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 287. MTS SYSTEMS CORP (COM) | A | Dividend | K | T | Buy | 08/31/12 | K | | |
| 288. N M GEN'L ELEC. CAP CORP. NOTES DUE 6/15/12 | A | Interest | | | Sold | 06/15/12 | K | | |
| 289. NESTLE SA REP RG | A | Dividend | K | T | | | | | |
| 290. NUCOR CORP (COM) | A | Dividend | K | T | Buy | 04/24/12 | K | | |
| 291. NEWS CORP. (COM) | A | Dividend | K | T | Sold (part) | 06/26/12 | J | B | |
| 292. JP MORGAN CHASE SUB NOTES DUE 10/1/15 | B | Interest | K | T | | | | | |
| 293. JOHN DEERE CAP CORP NOTES DUE 3/15/12 | A | Interest | | | Sold | 03/15/12 | K | | |
| 294. NORTHEAST UTILITIES (COM) | A | Dividend | K | T | | | | | |
| 295. MORGAN STANLEY SUB NOTES DUE 4/1/14 | B | Interest | K | T | | | | | |
| 296. NATIONWIDE FIN. SER. SR. NOTES DUE 7/1/12 | A | Interest | | | Sold | 07/02/12 | K | A | |
| 297. NV ENERGY INC. (COM) | A | Dividend | K | T | | | | | |
| 298. | | None | | | | | | | |
| 299. QWEST CORP NOTES DUE 6/1/17 | B | Interest | K | T | | | | | |
| 300. SCHERING PLOUGH SR. NOTES DUE 12/1/13 | B | Interest | K | T | | | | | |
| 301. | | None | | | | | | | |
| 302. | | None | | | | | | | |
| 303. SUNTRUST BANKS INC NOTES DUE 12/1/17 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 304. XEROX CORP NOTES DUE 5/15/14 | B | Interest | K | T | | | | | |
| 305. | | None | | | | | | | |
| 306. IRA ROLLOVER JP MORGAN CHASE (FRMERLY BANK ONE) | | | | | | | | | |
| 307. | | None | | | | | | | |
| 308. | | None | | | | | | | |
| 309. FMI FDS INC LARGE CAP FD | A | Dividend | J | T | Sold (part) | 10/19/12 | J | A | |
| 310. | | None | | | | | | | |
| 311. | | None | | | | | | | |
| 312. | | None | | | | | | | |
| 313. JP MORGAN INTERNATIONAL VALUE FUND | A | Dividend | J | T | Buy (add'l) | 10/19/12 | J | | |
| 314. JP MORGAN US LARGE CAP CORE PLUS FD | A | Dividend | K | T | Sold (part) | 03/13/12 | J | A | |
| 315. | | None | | | | | | | |
| 316. JPM MID CAP GROWTH FUND | | None | J | T | | | | | |
| 317. ISHARES MSCI EAFE INDEX FUND | A | Dividend | J | T | | | | | |
| 318. MFS INTL FUND | A | Dividend | J | T | Buy (add'l) | 05/24/12 | J | | |
| 319. T. ROWE PRICE OVERSEAS STOCK FUND | | None | K | T | | | | | |
| 320. | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 321. | | None | | | | | | | |
| 322. I SHARES CORE S&P MID-CAP ETF (FRMLY I SHARES S&P MID CAP) | A | Dividend | J | T | Buy (add'l) | 10/19/12 | J | | |
| 323. | | None | | | | | | | |
| 324. | | None | | | | | | | |
| 325. | | None | | | | | | | |
| 326. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 327. OCCIDENTAL PETE CORP CAL | A | Dividend | K | T | Buy (add'l) | 11/01/12 | J | | |
| 328. APPLIED MATERIAL SR. NOTES DUE 10/15/17 | B | Interest | K | T | | | | | |
| 329. BECTON DICKINSON NOTES DUE 4/15/013 | B | Interest | K | T | | | | | |
| 330. ENTERPRISE PRODUCTS OPER NOTES DUE 1/15/68 | B | Interest | K | T | | | | | |
| 331. | | None | | | | | | | |
| 332. LEHMAN BROTHERS HODGS SUB NOTES DUE 7/19/17 | | None | J | T | | | | | |
| 333. | | None | | | | | | | |
| 334. MERRILL LYNCH & CO NOTES DUE 8/28/17 | B | Interest | K | T | | | | | |
| 335. PSEG POWER CO NOTES DUE 4/1/14 | B | Interest | | | Sold | 12/28/12 | K | B | |
| 336. WEATHERFORD INTL LTD NOTES DUE 10/15/13 | B | Interest | K | T | | | | | |
| 337. OSHKOSH CORP (COM) | | None | K | T | Buy (add'l) | 05/17/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 338. | | None | | | | | | | |
| 339. BANK OF AMERICA NOTES DUE 12/29/49 | B | Interest | K | T | | | | | |
| 340. CITIGROUP CAP VII (PREF) | B | Dividend | K | T | | | | | |
| 341. | | None | | | | | | | |
| 342. PEPSICO, INC (COM) | A | Dividend | K | T | Buy | 03/14/12 | K | | |
| 343. JP MORGAN CHASE NOTES DUE 4/29/49 | B | Interest | K | T | | | | | |
| 344. RAYMOND JAMES FINL CO (COM) | A | Dividend | K | T | Buy | 05/22/12 | K | | |
| 345. SOVEREIGN BANK NOTES DUE 3/15/13 | B | Interest | K | T | | | | | |
| 346. WASHINGTON REIT NOTES DUE 5/1/15 | B | Interest | K | T | | | | | |
| 347. WELLS FARGO&CO (FORMERLY WACHOVIA CORP.)NOTES DUE 2/28/49 | A | Interest | J | T | | | | | |
| 348. I SHARES BARCLAYS TIPS BEND FUND | C | Dividend | | | Sold | 05/18/12 | M | D | |
| 349. _____ LIVING TRUST (7/13/95) (POSITION 23) | | | | | | | | | |
| 350. BLACK ROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |
| 351. EATON VANCE NAT'L MUNI INC FD (FRMLY EATON VANCE MI MUNI FD) | B | Dividend | K | T | | | | | |
| 352. EATON VANCE TAX MANAGED GROWTH FUND | B | Dividend | L | T | | | | | |
| 353. FIDELITY ADV BALANCED FUND | A | Dividend | L | T | | | | | |
| 354. OPPENHEIMER GLOBAL STRATEGIC INCOME FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 355. | | None | | | | | | | |
| 356. BLACKROCK MUNIYIELD | A | Dividend | J | T | | | | | |
| 357. INCOME FUND OF AMERICA CL A | A | Dividend | J | T | Buy | 03/13/12 | J | | |
| 358. GROWTH FUND OF AMERICA CL B | | None | | | Sold | 03/13/12 | J | | |
| 359. GROWTH FUND OF AMERICA CL A | A | Dividend | K | T | Buy (add'l) | 03/13/12 | J | | |
| 360. INCOME FUND OF AMERICA CL B | A | Dividend | J | T | Sold (part) | 03/13/12 | J | | |
| 361. KEELEY FUNDS INC SMALL CAP VALUE FUND | A | Dividend | J | T | | | | | |
| 362. AIM INVESCO COMSTOCK FD A (FRMLY AIM INVSCO VK COMSTOCK A) | A | Dividend | J | T | Sold (part) | 05/07/12 | J | A | |
| 363. NUVEEN INVT TR MULTI MGR L/C VALUE FD A (FRMLY NUVEEN | A | Dividend | K | T | | | | | |
| 364. NUVEEN MI MUNI BD FD CL A | B | Interest | K | T | Sold (part) | 05/07/12 | J | A | |
| 365. PUTNAM GLBL HLTH CR CL B (FRMLY PUTNAM HLTH SCI SC BEN INT) | | None | | | Sold | 05/07/12 | J | | |
| 366. AIM INVESCO VK CONSTOCK (FRMLY VAN KAMPEN COMSTOCK) FUND | | None | | | Sold | 05/07/12 | J | | |
| 367. TRANSAMERICA A/A CONSERV | A | Dividend | J | T | | | | | |
| 368. INVESCO TECHNOLOGY SECTOR | | None | J | T | Buy | 01/02/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WALTER SHAPERO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544